T. S. Williams and Sellers Spence, both of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for five years.

Looking to the transcript, the caption discloses that the term of court at which appellant was tried adjourned October 6, 1934, whereas the judgment of conviction reflects that the verdict was returned February 15, 1935. Again, it appears that motion for a new trial was overruled March 9, 1935, and notice of appeal given on the same date. Under the decisions, the appeal must be dismissed. See Williams v. State, 113 Tex.Cr.R. 219, 18 S.W.(2d) 654; Sherwood v. State, 88 Tex.Cr.R. 273, 225 S.W. 1101.

In one part of the transcript it appears that motion for a new trial was overruled and notice of appeal given March 9, 1935, whereas it is shown in another place that said motion was overruled and notice of appeal given February 25, 1935. The transcript should correctly reflect the date upon which notice of appeal was given.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## LEMONS v. STATE.
### No. 17726.

Court of Criminal Appeals of Texas.
Nov. 13, 1935.

Newman & McCollum, of Brady, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is aggravated assault; the punishment, a fine of $175.

Opinions on former appeals are found in 124 Tex.Cr.R. 366, 62 S.W.(2d) at page 128, and (Tex.Cr.App.) 75 S.W.(2d) at page 878.

We deem it unnecessary to set forth the testimony; it being substantially the same as that adduced during the former trials.

Notice of appeal was given January 28, 1935. The bills of exception were filed April 29, 1935. We are precluded from

considering said bills in view of the fact that they were filed more than 90 days after notice of appeal was given. See article 760, C.C.P. and Stroud v. State, 124 Tex.Cr.R. 56, 60 S.W.(2d) 439.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.